An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL E. HENSLEY,
Petitioner,
vs.
ADAM P. LAXALT, ATTORNEY
GENERAL,
Respondent.

No. 69109

FILED

DEC 18 2015

*ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner seeks an order directing that he be considered for parole pursuant to the legislative changes set forth in A.B. 267. *See* A.B. 267, 78th Leg. (Nev. 2015). We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. This issue should be presented to the district court in the first instance where a factual record may be made. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Michael E. Hensley
      Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A

15-38767